SUPREME COURT OF NEW JERSEY
69 September Term 2008

IN THE MATTER OF

EDWARD D. FAGAN,

AN ATTORNEY AT LAW                    O R D E R

(Attorney No. 033431980)

**FILED** JUN 23 2009
CLERK

The Disciplinary Review Board having filed with the Court its decision in DRB 08-143, recommending that **EDWARD D. FAGAN** of **SHORT HILLS**, who was admitted to the bar of this State in 1980, be disbarred for violating RPC 1.15(a) (knowing misappropriation of client and escrow trust funds), RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of In re Wilson, 81 N.J. 451 (1979), and In re Hollendonner, 102 N.J. (1985);

And **EDWARD D. FAGAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **EDWARD D. FAGAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **EDWARD D. FAGAN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution

maintained by **EDWARD D. FAGAN** pursuant to Rule 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Virginia A. Long, Presiding Justice, at Trenton, this 18th day of June, 2009.

CLERK OF THE SUPREME COURT

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY