UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED

NOV - 5 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

In the Matter of                    :

EDWARD D. FAGAN                     :           Misc. 02-239 (MLC)

An Attorney-at-Law                  :           ORDER TO SHOW CAUSE

 

It appearing by Order of the Supreme Court of New Jersey that EDWARD D. FAGAN was disbarred and permanently restrained and enjoined from the practice of law until further order of the court;

It is on this 5th day of November, 2009,

ORDERED that EDWARD D. FAGAN show cause on December 7, 2009 why he should not be disbarred and permanently restrained and enjoined from the practice of law before this Court.

Should a respondent desire to file a written response he must do so at least 10 days before the return of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge
Mary L. Cooper

RECEIVED

NOV - 5 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK