02-mc-239(MLC)



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| EDWARD DAVIS FAGAN | : | NO. 10-mc-0115 |

FILED AUG 1 6 2010 MICHAEL E. KUNZ, Clerk By____ Dep. Clerk

## ORDER

AND NOW, this 15th day of August, 2010, respondent having been ordered on June 29, 2010, to show cause, within thirty (30) days, why he should not be **disbarred** from the practice of law in this court, effective thirty (30) days from May 17, 2010, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **disbarred** from the practice of law in this court, effective thirty (30) days from May 17, 2010, and until further order of this court.

BY THE COURT:

_____
HARVEY BARTLE III
**Chief Judge**

Copies mailed to: E. Fagan 8.16.10